Before STATE INDUSTRIAL BOARD, Respondent. JACOB OLAS, Respondent, v. AMERICAN LOCOMOTIVE COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.